IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

U.S. EQUAL EMPLOYMENT            *
OPPORTUNITY COMMISSION,          *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION NO. 04-00623-CG-B
                                 *
BROOKLEY FURNITURE               *
COMPANY, et al                   *
                                 *
     Defendants.                 *

<u>ORDER</u>

This matter is before the Court on Defendants' Motion for Independent Medical Examination (Doc. 66), Intervenor's Motion to Strike Defendants' Expert Witness Disclosure (Doc. 71), Plaintiff's Motion to Strike Defendants' Expert Witness Disclosure (Doc. 78) and Defendants' Motion to Amend the Scheduling Order (Doc. 88). The undersigned conducted a discovery conference on April 26, 2005, at which counsel for the parties were afforded an opportunity to present their respective positions regarding the referenced motions. Based upon a careful review of the motions, and any opposition thereto, and for the reasons set forth at the discovery conference, the Court rules as follows:

1. Defendants' Motion for Independent Medical Examination(Doc. 66) is **GRANTED**. At the hearing, the parties acknowledged that

Plaintiff has placed her medical condition in controversy and based on the information presented, the undersigned finds that Defendants have established good cause for the requested mental examination. Rogers v. Wal-Mart Stores, Inc., 2000 U.S. Dist. LEXIS 21093, *6 (N.D. Ga. 2000)(Where the mental conditions of the plaintiffs are in controversy, and substantial damages are asserted, it is essential for the defendants to have the reasonable opportunity to challenge the plaintiffs' claims and testimony. The testimony of an expert is a well recognized and reasonable way of doing so, and an examination of the plaintiffs by that expert is necessary for the expert to form a meaningful opinion.) Accordingly, counsel for the parties are DIRECTED to confer and make the appropriate arrangements for Plaintiff to be examined by Dr. Robert T.M. Phillips, a licensed psychiatrist, no later than **June 17, 2005.**

2.   Intervenor's Motion to Strike Defendants' Expert Witness Disclosure (Doc. 71) and Plaintiff's Motion to Strike Defendants' Expert Witness Disclosure (Doc. 78) are **DENIED**. As indicated at the hearing, Defendants are DIRECTED to submit a supplemental expert report signed by Dr. Phillips following his examination of Plaintiff.

3.   Defendants' Motion to Amend the Scheduling Order (Doc. 88) is **GRANTED**. Defendants' Supplemental Expert Disclosure (from Dr. Phillips) is to be submitted by **July 1, 2005.** Plaintiff and

Intervenor's Rebuttal Expert Disclosures, if any, are to be submitted by **September 2, 2005,** and all expert depositions are to be completed no later than **September 30, 2005.**  Except as noted above, all other deadlines set forth in the Court's Scheduling Order (Doc. 18) remain in effect.

DONE this **27**[th] day of **April, 2005.**

s/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE